Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GROUP 1 AUTOMOTIVE, INC., d/b/a MERCEDEZ-BENZ OF BEVERLY HILLS, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01822-MCS-PLA<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, Brett DeSalvo ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal of Plaintiff's individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen within thirty (30) days if a settlement is not finalized.

Dated: June 21, 2021

Respectfully Submitted,

*/s/ Thiago M. Coelho*
Thiago M. Coelho
Jazmin Behroozan
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff and Proposed Class*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 21, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: June 21, 2021                                    */s/ Thiago M. Coelho*
                                                        Thiago M. Coelho