# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>GROUP 1 AUTOMOTIVE, INC. d/b/a MERCEDEZ-BENZ OF BEVERLY HILLS, a Delaware corporation; and DOES 1 to 10, inclusive,<br>　　　　　　　　Defendants. | Case No.: 2:21-cv-01822-MCS-PLA<br><br><u>CLASS ACTION</u><br><br>Honorable Judge Mark C. Scarsi<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE**<br><br>Complaint Filed: February 26, 2021<br>Trial Date:　　　None Set |

1     IT IS HEREBY ORDERED THAT Plaintiff Brett DeSalvo and Defendant Group 1 Automotive, Inc. d/b/a Mercedes-Benz of Beverly Hills's joint stipulation to dismiss the case with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action, is GRANTED. Each party shall bear his or its own fees and costs.

    IT IS SO ORDERED.

Dated: December 17, 2021

                                                        MARK C. SCARSI
                                                        UNITED STATES DISTRICT JUDGE